WILLIAM R. YOUNG, Respondent, *v.* JOSEPH GILMOUR, Appellant.

*Young* v. *Gilmour*, 59 App. Div. 612, appeal dismissed.
(Argued June 9, 1902; decided June 17, 1902.)

MOTION to dismiss an appeal from a judgment entered in favor of plaintiff March 20, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, denying a motion for a new trial made upon a case and exceptions under section 1001 of the Code of Civil Procedure.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous ; that there was evidence tending to sustain the findings of fact ; that no question of law is involved and the exceptions are frivolous and that the record presents no question that can be reviewed by the Court of Appeals.

*William H. Deady* for motion.

*D. J. Newland* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of NATHAN F. GRAVES, Deceased.

CHARLES E. STEVENS et al., as Executors and Trustees, Appellants ; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

(Argued June 9, 1902; decided June 17, 1902.)

Motion to amend remittitur granted so far as to add the letter "s" to the word "order;" in all other respects the motion denied, without costs.   (See 171 N. Y. 40.)